# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LIDIA CECILIA MONTANO-OCHOA (1),<br><br>      Defendant. | Criminal Case No. 12CR1064-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Lidia Cecilia Montano-Ochoa is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: June 12, 2012

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT